**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| IN RE: MARGARET A. MCKEAN, AN INCAPACITATED PERSON | : No. 272 WAL 2021 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| PETITION OF: GREGORY L. MCKEAN | : from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.